THE ATTORNEY GENERAL
OF TEXAS


Gerald C. Mann

AUSTIN 11, TEXAS

ATTORNEY GENERAL

Hon. Joe Gordon
County Attorney
Gray County
Pampa, Texas

Dear Sir:

Opinion No. 0-2167
Re: Eligibility of certain bonds voted
by Gray County prior to January 2, 1939,
to participate in the County and Road
District Highway Fund provided in H.B.
688, Forty-sixth Legislature, Regular
Session.

We are in receipt of your request for the opinion
of this department on the following question:

"May Gray County now issue a portion of the
$500,000 of the original $800,000 bond issue
which were voted in 1931 and use the proceeds
thereof for the construction of State Highway
18 in Gray County under the provisions of H.B.
688, and particularly Section 6(a), paragraph
3 thereof, and will such bonds be eligible to
participate in the County and Road District
Highway Fund, the same as if the bonds were is-
sued and spent prior to January 2, 1939?"

Briefly, the facts underlying your question are that
in March of 1931 Gray County authorized by vote the issuance
of $800,000 of bonds for State highway purposes, and out of
such authorization only $48,000 of this issue were sold; none
of the remaining bonds have ever been issued.

We think, under the facts stated, that such bonds
would, when issued and the proceeds thereof expended in the con-
struction of roads constituting a part of the State Highway Sys-
tem, be eligible for participation in the County and Road Dis-
trict Highway Fund provided by House Bill 688 of the Forty-sixth
Legislature, Regular Session. Clearly, under this state of facts,
the bonds come within the exception provided in paragraph 3, sub-
section (a), section 6 of H.B. 688, which reads, in part, as fol-
lows:

"In addition to, and regardless of, the other
provisions of this Act, all bonds voted by a county
prior to January 2, 1939, insofar as amounts of
same were or may be issued and the proceeds actually

expended in the construction of roads which are a part of the designated system of State highways, shall be eligible in the distribution of moneys coming into said County and Road District Highway Fund, the same as provided for other bonds under this Act, and as of the date of the designation of said roads as a part of the State System ***"

We are enclosing herewith our Opinion Number O-1334, which treats of this exception in detail, and the conclusion therein reached, in our opinion, substantially answers the question submitted in your request.

Very truly yours

ATTORNEY GENERAL OF TEXAS

By s/s Clarence E. Crowe
Clarence E. Crowe, Assistant

APPROVED MAY 6, 1940
/s/ Gerald C. Mann
ATTORNEY GENERAL OF TEXAS

APPROVED: OPINION COMMITTEE
BY:       BWB, CHAIRMAN

CEC-s:wb

Encl.